# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEDRA STRICKLAND,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF WASHINGTON SEATTLE CENTRAL COLLEGE, et al.,<br><br>　　　　　　Defendants. | CASE NO. C18-1073JLR<br><br>ORDER TO SHOW CAUSE |

On October 10, 2018, the court issued an order to show cause why this action should not be dismissed for failure to timely file a joint status report. (OSC (Dkt. # 23).) On October 22, 2018, the parties filed an untimely joint status report. (JSR (Dkt. # 24).) The untimely filing of a joint status report does not absolve the parties of their duty to respond to the court's order to show cause and provide an explanation for their failure to timely comply with the court's order. Accordingly, the parties are now in violation of two court orders—the order requiring the parties to file a joint status report no later than

October 4, 2018 (*see* 8/30/18 Order (Dkt. # 19) at 1) and the October 10, 2018, order to show cause (*see* OSC). The court hereby ORDERS counsel to show cause why sanctions should not be imposed for the parties' failure to comply with two court orders. Counsel shall file their responses no later than seven (7) days from the date of this order. If the parties fail to timely respond, the court will impose sanctions.

Dated this 25th day of October, 2018.

JAMES L. ROBART
United States District Judge