The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEDRA STRICKLAND,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF WASHINGTON SEATTLE CENTRAL COLLEGE, et al.<br><br>Defendants. | **CAUSE NO. 18-01073JLR**<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO ALL INDIVIDUALLY NAMED DEFENDANTS AND 42 U.S.C. §1983 CLAIMS |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Dedra Strickland, acting by and through Beverly G. Grant and Jeffery D. Bradley of Beverly Grant Law Firm P.S., and the Defendants State of Washington, Seattle Central College, Sheila Edwards Lange and "John Doe" Lange, David Blake, Yoshiko Harden, Christina Nelson and "John Doe" Nelson, Susan Engel and "John Doe" Engle, Jessica Norouzi, Brigid McDevitt and "John Doe" McDevitt, Brian Kenney, David Skogerboe and "Jane Doe" Skogerboe, and "John Does" 1-10 and "Jane Does" 1-10, acting by and through Robert W. Ferguson, Attorney General, and Assistant Attorney General Alexander Foster-Brown, hereby stipulate and agree to the dismissal of all claims and liability of all individually named Defendants. Further, Plaintiff dismisses all claims and actions brought under 42 U.S.C. §1983, without prejudice.

STIPULATION AND ORDER OF DISMISSAL
AS TO ALL INDIVIDUALLY NAMED
DEFENDANTS AND 42 U.S.C. §1983 CLAIMS
CAUSE NO. 18-01073JLR

1

DATED this 11 day of December, 2019.

ROBERT W. FERGUSON
Attorney General

*s/ Alex Foster-Brown*
ALEX FOSTER-BROWN, WSBA No. 52149
Assistant Attorneys General
800 5th Avenue, Suite 2000; Seattle, WA 98104
Tel: 206-464-7352; Fax: 206-587-4229
Email: alexanderf@atg.wa.gov

BEVERLY GRANT LAW FIRM, P.S.

Beverly G. Grant, WSBA. No. 8034
Jeffery D. Bradley, WSBA No. 27726
Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED that all claims and liability of all individually named Defendants are dismissed. FURTHER, all claims and actions brought under 42 U.S.C. §1983 are dismissed without prejudice.

Done in open court this 9th day of December 2019.

HONORABLE JAMES L. ROBART

STIPULATION AND ORDER OF DISMISSAL
AS TO ALL INDIVIDUALLY NAMED
DEFENDANTS AND 42 U.S.C. §1983 CLAIMS
CAUSE NO. 18-01073JLR

2