The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEDRA STRICKLAND, | CAUSE NO. 18-01073JLR |
| Plaintiff, | STIPULATION AND ORDER FOR RELIEF FROM DEADLINE |
| vs. | NOTE ON MOTION CALENDAR: December 12, 2019 |
| STATE OF WASHINGTON SEATTLE CENTRAL COLLEGE, et al. | |
| Defendants. | |

COMES NOW jointly Plaintiff, Dedra Strickland, by and through her attorneys of record, Beverly G. Grant and Jeffery D. Bradley of Beverly Grant Law Firm, P.S., and Defendants, State of Washington, Seattle Central College, by and through their attorneys, Robert W. Ferguson, Attorney General, and Alexander Foster-Brown, Assistant Attorney General, stipulate to an Order from this Court for relief from the December 12, 2019, Settlement Conference deadline. In good faith, parties have been engaging in settlement negotiations. Due to scheduling conflicts relating to the upcoming holidays, parties are awaiting confirmation of the availability of a mediator. Parties have a standing agreement to engage in a formal mediation process by January 30, 2020.

STIPULATION AND ORDER FOR RELIEF FROM DEADLINE
No. 18-01073JLR

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

1 | Parties kindly request an extension to complete the Settlement Conference requirement
2 | by January 30, 2020.
3 | DATED this 12th day of December, 2019.

4 | ROBERT W. FERGUSON
5 | Attorney General

6 | /s Alex Foster-Brown
7 | ALEX FOSTER-BROWN, WSBA No. 52149
  | Assistant Attorneys General
  | 800 5th Avenue, Suite 2000; Seattle, WA 98104
8 | Tel: 206-464-7352; Fax: 206-587-4229
  | Email: alexander.foster-brown@atg.wa.gov
9 |
10 | Beverly Grant Law Firm, P.S.

11 | /s Beverly Grant
12 | BEVERLY GRANT, WSBA #8034
   | JEFFERY BRADLEY, WSBA #51565
   | Beverly Grant Law Firm, P.S.
13 | 5808 – 100th Street SW, Suite A
   | Lakewood, WA 98499
14 |
15 |
16 | **ORDER**

17 | IT IS HEREBY ORDERED that the Settlement Conference deadline is extend to January
18 | 30, 2020.
19 |
20 | Done in open court this 16th day of December 2019.
21 |
22 | 
23 | HONORABLE JAMES L. ROBART

STIPULATION AND ORDER FOR RELIEF
FROM DEADLINE
No. 18-01073JLR

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

**PROOF OF SERVICE**

I declare that on today's date I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Beverly Grant – beverly@bevgrantlaw.com
Jeffery Bradley – jefferybradley@bevgrantlaw.com
Lea Clanton – leaclanton@bevgrantlaw.com
Law Office Assistant – lawofficeasst@bevgrantlaw.com

DATED this 12th day of December, 2019.

ROBERT W. FERGUSON
Attorney General

*s/ Alex Foster-Brown*
ALEX FOSTER-BROWN, WSBA No. 52149
Assistant Attorneys General
800 5th Avenue, Suite 2000; Seattle, WA 98104
Tel: 206-464-7352; Fax: 206-587-4229
Email: alexander.foster-brown@atg.wa.gov

STIPULATION AND ORDER FOR RELIEF FROM DEADLINE
No. 18-01073JLR

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352